UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREMONT REORGANIZING CORP.,

          Plaintiff,

v.

RONNIE DUKE, RYAN ZUNDEL, BILL WELLS,
WILLINEVAH RICHARDSON, ANTHONY
PETERS, AMERICAN NATIONWIDE MORTGAGE
CO., CBB, INC. d/b/a BRETLIN HOME MORTGAGE,
FIRST ESCROW COMPANY, LLC, HARDCORE
MOTOR SPORTS, LLC, HARDCORE RACING, INC.
JS REALTY, LLC, LAWYERS ESCROW CO.,
LIBERTYTITLE AND ESCROW SERVICES, LLC,
MOTORCITY FINANCIAL SERVICES, NATIONS
TITLE OF OHIO, NORTH AMERICAN HOME
FUNDING, INC., OWNER REALTY.COM, PREMIER
MORTGAGE FUNDING, INC., REAL ESTATE ONE,
INC., ANDREW AUTY, TIMOTHY BAKER,
MELISSA BASTIEN, HUSSEIN ABDUL-MAJID
BAZZI a/k/a SAM BAZZI, SPECIALTY HOLDINGS,
INC., ALI BAYDOUN, JAY BAYDOUN a/k/a JALAL
BAYDOUN, CHEA BENNETT, MORGAN
BEVENSEE, KEVIN BOS, LISA BOS, ROBERT
BRIERLEY, BYRON DEES, FRANK GENDERNALIK,
SUSAN GENDERNALIK, RAY HALL, HUGH
BRADLEY JAMES, KIM KENT, DAVID LARA,
HAROLD LARSEN, DANNY LEY, PATRICK LLOYD,
JOSE MARTINEZ, JOHN MAYER, KATHY
MCCUTCHEON a/k/a KATHY SIZEMORE, APRIL
MILLER, COLLETTE MILLITELLO, JOSEPH
MILLITELLO, PAUL MORRIS, ADELBERT MOSS,
BRYAN MURPHY, DANIELLE NAPPER, SUZANNE
NICHOLAS, DANIEL PANKO, KATHLEEN
POUNDS, LARRY RIDEOUT, RICARDO RODRIGUEZ,
FRANK RAY SCHAFER, JR, JEFF SCHUCK, RACHEL
SEMAN, MICHAEL SHILAKES, BRYAN STURGEON,
JAMIE SWEENEY, RONALD TALASKI, JR.,
MITCHELL TOMCSIK, NICOLE TURCHECK,
ROBERT TURCHECK, LINDA WAHLER, DONNA
WALBROOK, PAUL WHITESIDE, JEREMY YALKIN,
KASSEM ZREIK, FIDELITY NATIONAL TITLE

Case Number 10-11923
Honorable David M. Lawson

**STIPULATED ORDER
EXTENDING TIME FOR
PARTIES' RESPONSIVE BRIEFS**

INSURANCE CO., QUOTEMEARATE.COM, INC.,
APEX FINANCIAL GROUP, INCORPORATED,
d/b/a AAPEX MORTGAGE CORP.,

                  Defendants.

_____/

### STIPULATED ORDER EXTENDING TIME FOR PARTIES TO FILE RESPONSIVE BRIEFS TO DEFENDANT REAL ESTATE ONE'S MOTIONS TO DISMISS AND FOR SUMMARY JUDGMENT

Pursuant to the parties' stipulation [dkt. #14],

It is **ORDERED** that the plaintiff's response in opposition to the motion to dismiss and for summary judgment shall be due **on or before August 27, 2010**.

It is further **ORDERED** that defendant Real Estate One may file a reply brief **on or before September 17, 2010**.

                                 s/David M. Lawson_____
                                 DAVID M. LAWSON
                                 United States District Judge

Dated:  August 6, 2010

<div style="border:1px solid gray">

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 6, 2010.

                  s/Teresa Scott-Feijoo_____
                  TERESA SCOTT-FEIJOO

</div>