UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREMONT REORGANIZING CORPORATION,                Case No. 10-11923
                                                 Honorable David M. Lawson
         Plaintiff(s),

v.

RONNIE DUKE, ET AL,

         Defendant(s).
                                              /

## NOTICE TO APPEAR FOR CASE MANAGEMENT STATUS AND SCHEDULING CONFERENCE

**YOU ARE NOTIFIED TO APPEAR ON: November 8, 2010 at 3:30 p.m.** for the Status and Scheduling Conference held at U.S. District Court, 231 W. Lafayette Blvd., Chambers 802, Detroit, MI 48226.

**COUNSEL** shall prepare and serve on opposing counsel and the Judge's chambers, **ONE WEEK PRIOR TO THE CONFERENCE**, a short statement, which:

- Summarizes the background of the action and the principal factual and legal issues;

- Outlines the proposed discovery;

- Describes any outstanding or anticipated discovery disputes, and the basis you have for any objection;

- Discloses insurance available to satisfy part or all of a judgment, including indemnification agreements; and

- Proposes an appropriate management plan, including a schedule setting discovery cut-off and trial dates.

Counsel are encouraged to discuss their statements prior to the Status and Scheduling Conference. This statement must not be filed with the Clerk of the Court. It should be telefaxed to Chambers at **(313) 234-2669.** If counsel have met pursuant to Fed. R. Civ. P. 26(f), your proposed discovery plan shall be filed with the Clerk of the Court in lieu of these statements, supplemented, as necessary, to provide the above information.

1

Please be prepared to discuss the following at the Scheduling Conference:

A. The issues and narrowing the issues;

B. Subject matter jurisdiction;

C. Relationship to other cases;

D. Necessity of amendments to pleadings, additional parties, third-party complaints, etc.;

E. Settlement, including alternative dispute resolution;

F. Progress of discovery (counsel are instructed to commence significant discovery prior to the conference);

G. Issues which may appropriately be resolved by motion; and

H. Estimated trial length.

**IT IS PLAINTIFF'S COUNSEL RESPONSIBILITY TO NOTIFY ALL PARTIES OF THE SCHEDULING CONFERENCE.**

**Counsel are directed to discuss with their clients case evaluation (formerly "mediation") and the prospect of obtaining authority to stipulate to be bound by the provisions of Mich. Ct. R. 2.403, including the section dealing with sanctions.** Counsel are advised to bring their calendars for the scheduling of dates.

s/Teresa Scott-Feijoo<br>TERESA SCOTT-FEIJOO

Dated: August 16, 2010

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 16, 2010.

s/Teresa Scott-Feijoo<br>TERESA SCOTT-FEIJOO